IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CHANNEL BIO, LLC and MONSANTO COMPANY, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 10-3221 |
| ILLINOIS FAMILY FARMS, RICK ROSENTRETER, LLC, DOUG ROSENTRETER, LLC, BRENT ROSENTRETER, LLC, GERALD ROSENTRETER, LLC, RICH KILLAM, LLC, JAY KILLAM, LLC, DANE KILLAM, LLC, MATT WEYEN, LLC, RRDR, LLC, RRBR, LLC, GRDR, LLC, GRBR, LLC, RKJK, LLC, RKDK, LLC, JKDK, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

OPINION

This cause is before the Court on the Motion For Default Judgment Directed to Defendants Rick Rosentreter, LLC; Doug Rosentreter, LLC;

Brent Rosentreter, LLC; Gerald Rosentreter, LLC; RRDR, LLC; RRBR, LLC; GRDR, LLC; and GRBR, LLC (d/e 69) filed by Plaintiffs Channel Bio, LLC and Monsanto Company, by and through their attorneys of record.  The Court, having reviewed the Motion for Default Judgment, the accompanying exhibits and the Court's file, finds that a default judgment in favor of Plaintiffs Channel Bio, LLC and Monsanto Company and against Defendants Rick Rosentreter, LLC; Doug Rosentreter, LLC; Brent Rosentreter, LLC; Gerald Rosentreter, LLC; RRDR, LLC; RRBR, LLC; GRDR, LLC; and GRBR, LLC is warranted and IT IS HEREBY GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that upon the Court's further finding that there is no just reason for delay, final judgment in the amount of $642,469.27 (representing alleged damages, interest, reasonable attorneys' fees and costs) plus interest in the amount of $4,394.61 from January 31, 2012 to March 22, 2012, under Count I shall be entered in favor of Plaintiff Channel Bio, LLC against Defendants Rick Rosentreter, LLC; Doug Rosentreter, LLC; Brent Rosentreter, LLC; Gerald Rosentreter, LLC; RRDR, LLC; RRBR, LLC;

GRDR, LLC; and GRBR, LLC.

Additionally, upon the Court's finding that there is no just reason for delay, a final judgment in the amount of $196,141 under Count III of the First Amended Complaint is hereby entered in favor of Plaintiff Monsanto Company against Defendants Rick Rosentreter, LLC; Doug Rosentreter, LLC; Brent Rosentreter, LLC; Gerald Rosentreter, LLC; RRDR, LLC; RRBR, LLC; GRDR, LLC; and GRBR, LLC.

Plaintiff's request to dismiss without prejudice Count II, which was pleaded in the alternative to Count I, against Defendants Rick Rosentreter, LLC; Doug Rosentreter, LLC; Brent Rosentreter, LLC; Gerald Rosentreter, LLC; RRDR, LLC; RRBR, LLC; GRDR, LLC; and GRBR, LLC. is GRANTED and the Court finds no just reason for delay.

The case remains pending against Defendants Rich Killiam, LLC; Jay Killiam, LLC; Matt Weyen, LLC; RKJK, LLC; RKDK, LLC; and JKDK, LLC. Plaintiffs have advised the Court that Illinois Family Farms has filed for Chapter 11 Bankruptcy protection, which automatically stayed the action against Illinois Family Farms. See Exhibit 4 to d/e 59.

ENTER: March 23, 2012

FOR THE COURT:

                                                    s/Sue E. Myerscough
                                             SUE E. MYERSCOUGH
                                   UNITED STATES DISTRICT JUDGE